IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Rhonda Williams | : | CIVIL ACTION |
| v. | : | 15 4693 |
| Commissioner of Social Security | : | NO. |

ORDER

AND NOW, this 19th Day of Aug, 20 , it is hereby

ORDERED that the application of Karl E. Osterhout, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☒ GRANTED.

☐ DENIED.

BY THE COURT:

_____
Nitza I. Quiñones-Alejandro