IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RHONDA WILLIAMS, | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | No. 15-4693 |
| v. | : | |
| | : | |
| CAROLYN W. COLVIN, | : | |
| Acting Commissioner of Social Security, | : | |
| Defendant | : | |

## ORDER

**NITZA I. QUINONES ALEJANDRO, J.**

AND NOW, this 29th day of MARCH 2016, upon consideration of Plaintiff's request for review, and Defendant's response, and after careful review of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The Plaintiff's request for review is GRANTED; and

3. The matter is remanded to the Commissioner for further review consistent with the Report and Recommendation.

BY THE COURT:

_____
NITZA I. QUINONES ALEJANDRO, J.
UNITED STATES DISTRICT COURT